Mortimer Scope, of New York City (Harry C. Bierman, of New York City, of counsel), for appellants.

Victor D. Borst, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

■

**Joe LIMA, Appellant, v. UNITED STATES of America, Appellee.**

**No. 7633.**

Circuit Court of Appeals, Sixth Circuit.
May 12, 1937.

John W. L. Hicks, of Detroit, Mich., for appellant.

John C. Lehr, of Detroit, Mich., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

In this cause it appearing that appellant's motion to be permitted to change his plea of guilty to that of not guilty was not made within ten days after the entry of his plea of guilty, as provided by rule II-(4) of the Rules of Practice and Procedure in Criminal Cases, it is ordered and adjudged that the order of the District Court denying the motion be, and the same is, affirmed.

■

**LINCOLN MILLS OF ALABAMA, a Corporation, Appellant, v. Harwell G. DAVIS, Individually and as Collector of Internal Revenue for the District of Alabama, Appellee.**

**No. 8186.**

Circuit Court of Appeals, Fifth Circuit.
May 28, 1937.

For former opinion, see 87 F.(2d) 773.

Frank E. Spain and H. H. Grooms, both of Birmingham, Ala., for appellant.

W. W. Bankhead, of Jasper, Ala., as amicus curiæ.

M. H. Eustace, Sp. Asst. to Atty. Gen., and Jim C. Smith, U. S. Atty., of Birmingham, Ala., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause is denied.

■

**Millicent LUND, Miriam Green, and George Factor, Appellants, v. COLWOOD COMPANY, Appellee.**

**No. 7663.**

Circuit Court of Appeals, Sixth Circuit.
May 6, 1937.

Harris W. Wienner, of Detroit, Mich., and Shulman, Shulman & Abrams, of Chicago, Ill., for appellants.

Friedman, Meyers & Keys and Lightner, Crawford, Sweeny, Dodd & Toohy, all of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed, pursuant to stipulation of counsel.

■

**LOUISVILLE TRUST COMPANY and James E. Fahey, Trustees for James W. and Antoinette McGrath, v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 7194.**

Circuit Court of Appeals, Sixth Circuit.
May 12, 1937.

Mason, Spalding & McAtee, of Washington, D. C., for petitioners.

Frank J. Wideman, Robert H. Jackson, and Sewall Key, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F. (2d) 219, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause be, and the same is hereby, affirmed under authority of the aforesaid cases.

**McKESSON & ROBBINS, Incorporated, Appellee, v. Tillie ARYWITZ and Frieda Bakst, Individually and as Copartners Doing Business under the Name and Style of National Drug Service, and Jacob Chusit, Appellants.**

**No. 364.**

Circuit Court of Appeals, Second Circuit.

May 3, 1937.

Edward Siegel, of New York City, for appellants.

Nims & Verdi, of New York City (Harry D. Nims, P. E. Williamson, Jr., and Walter J. Halliday, all of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**Robert E. McGRATH v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 7192.**

Circuit Court of Appeals, Sixth Circuit.

May 12, 1937.

Mason, Spalding & McAtee, of Washington, D. C., for petitioner.

Frank J. Wideman, Robert H. Jackson, and Sewall Key, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F.(2d) 219, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause be, and the same is hereby, affirmed under authority of the aforesaid cases.

**Charles McPHERSON, Appellant, v. SAWYER GRANT LAND COMPANY, a Wisconsin Corporation, Appellee.**

**No. 7222.**

Circuit Court of Appeals, Sixth Circuit.

May 6, 1937.

Norris, McPherson, Harrington & Waer, of Grand Rapids, Mich., for appellant.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., for appellee.

Before HICKS and ALLEN, Circuit Judges, and MARTIN, District Judge.

PER CURIAM.

It is ordered and adjudged that this case be and is affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge filed July 16, 1935.